AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00068 |
| Mario Bustamante Leiva | ) Assigned To: Judge Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) Assign. Date: 4/28/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 12, 2025__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 (Wire Fraud), | |
| 18 U.S. Code § 1028A (Aggravated Identity Theft), | |
| 22 D.C. Code § 2801 (Robbery). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Stephen May, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __04/28/2025__

*Judge's signature*

City and state: __Washington, D.C.__   Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*