AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By DC District Court at 1:33 pm, Apr 28, 20

United States of America
v.

Mario Bustamante Leiva

) Case: 1:25-mj-00068
) Assigned To: Judge Upadhyaya, Moxila A.
) Assign. Date: 4/28/2025
) Description: COMPLAINT W/ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Mario Bustamante Leiva ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 (Wire Fraud);
18 U.S. Code § 1028A (Aggravated Identity Theft);
22 D.C. Code § 2801 (Robbery).

Date: 04/28/2025

*M.U. Upad*    2025.04.28 12:34:42 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.    Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/28/25 , and the person was arrested on *(date)* 4/29/25
at *(city and state)* Washington DC

Date: 4/29/25

*Arresting officer's signature*

D. Stallman
*Printed name and title*