UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 25-MJ-68 (MAU) |
| MARIO BUSTAMANTE LEIVA, | : |
| Defendant. | : |

## ORDER

Based upon the representations in the Motion to Continue Detention Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled detention hearing on May 7, 2025, be continued to May 21, 2025, at 1:00 PM.; and it is further

**ORDERED** that the time between May 7, 2025, and May 21, 2025, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to potentially resolve this matter and additional time for the defendant to review discovery.

**IT IS SO ORDERED.**

Date: May 6, 2025

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE